

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed July 13, 2020**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CIRCLE L CONSTRUCTION, INC. | § | CASE NO. 20-42073 |
| | § | (Chapter 11—Subchapter V) |
| DEBTOR. | § | |
| | § | |

### SECOND ORDER EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULE OF EXECUTORY CONTRACTS

On this date, came on for consideration the *Debtor's Motion for Extension of Time to File Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedule of Executory Contracts* (the "Motion"). The Court finds that cause exists to grant the Debtor an extension of time to file its Schedules of Assets and Liabilities, Statement of Financial Affairs, and Schedule of Executory Contracts and Unexpired Leases (the "Schedules and Statements") until July 17, 2020. Accordingly, it is:

**ORDERED** that the relief requested in the Motion is granted; and it is further

**ORDERED** that the time by which the Debtor must file its Schedules and Statements is extended until July 17, 2020.

### ### END OF ORDER ###

**Prepared by:**
David D. Ritter
State Bar No.: 00791534
**RITTER SPENCER PLLC**
15455 Dallas Parkway, Suite 600
Addison, Texas 75001
Tel.: (214) 295-5078
Fax: (214) 329-4362
dritter@ritterspencer.com

**PROPOSED ATTORNEY FOR
CIRCLE L CONSTRUCTION, INC.**